UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES WALTER WEBER,

Plaintiff,

v.

RICHARD RICKER, et al.,

Defendant.

CASE NO. 3:25-cv-06036-BJR-BAT

**REPORT AND RECOMMENDATION**

Before the Court is Plaintiff's motion for an order directing the Department of Correction to cease collecting the filing fee in this matter. Dkt. 23. The Court recommends **DENYING** the motion.

Plaintiff filed a § 1983 prisoner civil rights complaint on November 18, 2025, and on November 21, 2025, was granted leave to proceed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a). Dkt. 5. Plaintiff's complaint was served, and Defendants filed a motion to dismiss the Washington State Department of Corrections because it is an entity that cannot be sued.

A report and recommendation was filed recommending dismissal of the Washington State Department of Corrections and granting Plaintiff leave to file an amended complaint. Two days later, Plaintiff filed a notice of voluntary dismissal without prejudice to which Defendants did not object.

REPORT AND RECOMMENDATION - 1

The assigned District Judge dismissed the matter on January 6, 2026. On January 21, 2026, Plaintiff filed the instant motion in which he requests the Court order the Washington Department of Corrections cease collection of the filing fee "because [Plaintiff] voluntarily withdrew the lawsuit." Dkt. 23.

Plaintiff's motion should be denied because a litigant can proceed with a lawsuit only if litigant pays the filing fee or is granted leave to proceed IFP under 28 U.S.C. § 1915(a). The Court cannot grant Plaintiff's request to excuse or waive recoupment of the filing fee because a prisoner who is granted leave to proceed IFP remains obligated to pay the entire fee in "increments" or "installments." *See* 28 U.S.C. § 1915(b)(1) & (2); *Bruce v. Samuels*, 577 U.S. 82, 84 (2016); *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015). This obligation continues notwithstanding voluntary dismissal of the suit.

The Court accordingly **RECOMMENDS**:

1.    Plaintiff's motion (Dkt. 23) requesting the Department of Corrections cease collection of the filing fee be **DENIED**.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order.  Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed and served upon all parties no later than **January 30, 2026.**  The Clerk should note the matter for **January 30, 2026**, as ready for the District Judge's consideration. If objections are filed, any response is due within 14 days after being served with the objections.  A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served.  The matter will then be ready for the

REPORT AND RECOMMENDATION - 2

Court's consideration on the date the response is due.  The failure to timely object may affect the right to appeal.

DATED this 22nd day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3