UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES WALTER WEBER,

                  Plaintiff,

    v.

RICHARD RICKER, et al.,

                  Defendant.

CASE NO. 3:25-cv-06036-BJR-BAT

**ORDER DENYING MOTION TO CEASE COLLECTION OF FILING FEE**

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses,[1] and the record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The motion to cease collection of the filing fee is denied.

    (3)    The Clerk shall provide a copy of this Order to the parties.

    Dated this <u>6th</u> day of <u> February </u>, 2026.

BARBARA J. ROTHSTEIN
United States District Judge

---

[1] No objection was filed and the time to do so has passed.

ORDER DENYING MOTION TO CEASE
COLLECTION OF FILING FEE - 1